IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NORTH HILLS TERRACE, INC.                                                              PLAINTIFF

Vs.                               CASE NO.   1:07cv00013 JMM

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT                 DEFENDANT

ORDER

The Initial Scheduling Order filed October 12, 2007 (docket entry #6) directed the parties to file the Rule 26(f) Report no later than December 24, 2007.  The parties shall have until **January 22, 2008,** to file the report.

IT IS SO ORDERED this 11th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE