**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**NORTH HILLS TERRACE, INC.**                                                                **PLAINTIFF**

**VS.**                                             **CASE NO. 1:07CV00013 JMM**

**THE UNITED STATES DEPARTMENT**
**OF HOUSING AND URBAN DEVELOPMENT**                                 **DEFENDANT**


**ORDER**

Pending before the Court are defendant's Motion to Dismiss and plaintiff's response in which plaintiff concedes that its claims are subject to the exclusive jurisdiction of the United States Court of Federal Claims.  Plaintiff also moves for this Court to transfer the case to the Court of Federal Claims pursuant to 28 U.S.C. § 1631 and the Court has been informed that defendant does not oppose the transfer.

Federal court may transfer to proper federal court a case over which it lacks jurisdiction, as long as case would have been timely filed had it been filed in proper court in first instance. 28 U.S.C.A. § 1631 .

Plaintiff's request for transfer to the Court of Federal Claims is granted (#12) and the Clerk of the Court is directed to so transfer the case along with the pending motion to dismiss.

IT IS SO ORDERED THIS  14   day of   January , 2008.


_____
James M. Moody
United States District Judge